# EXHIBIT L



**City Barbeque Sandy Springs**

6649 Roswell Rd NE, Sandy Springs, GA | website ⧉

05/25/2021

Assignee: Kelsey Claar
Updated: 05/25/2021

**Josh M.** ★☆☆☆☆ | ⧉ Copy | ⧉ Brand FAQ | Yelp ⧉

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted by Kelsey Claar on 05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name—we want them to succeed.
>
> ✎ Edit

 ↩ Private Reply    ✉ Email    ✎ Update



Details ›



**City Barbeque Strongsville**  17818 Royalton Rd., Strongsville, OH | website ↗

05/25/2021

Assignee:  Kelsey Claar
Updated:  05/25/2021

  

**Josh M.**   |   ⧉ Copy   |   📄 Brand FAQ   |   Yelp ↗

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Reply Posted** by **Kelsey Claar** on **05/25/2021**

We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.

✎ Edit

 Private Reply       Email       Update

  

Details ›



05/25/2021

## City Barbeque Toledo
7402 West Central Ave., Toledo, OH | website ↗

Assignee:  Kelsey Claar
Updated:  05/25/2021

 ⭐☆☆☆☆

**Josh M.** | ⧉ Copy | 📄 Brand FAQ | Yelp ↗

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Reply Posted** by **Kelsey Claar** on **05/25/2021**

We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.

✎ Edit

↩ Private Reply | ✉ Email | ✎ Update

Details ›



**City Barbeque**

$$ · Barbeque

700 W Big Beaver Rd

Troy, MI 48084

 5/25/2021

I never post or use social media.  But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City".  Now that's just disgusting.  I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD.  SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Was this review …?**

 **Useful**      **Funny**      **Cool**

    



**City Barbeque University Place**

8948 JM Keynes Dr., Suite 420, Charlotte, NC | website 

05/25/2021

Assignee: Kelsey Claar
Updated: 05/25/2021



★☆☆☆☆

**Josh M.** | 🗐 Copy | 📄 Brand FAQ | Yelp 

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted** by **Kelsey Claar** on **05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> ✏ Edit

 Private Reply    Email    Update

Details ›



**City Barbeque Vernon Hills**   887 N. Milwaukee Ave., Vernon Hills, IL | website ⧉

05/25/2021

Assignee:  Kelsey Claar
Updated:  05/25/2021

**Josh M.** ⭐☆☆☆☆ | ⧉ Copy | 📄 Brand FAQ | Yelp ⧉

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Reply Posted** by **Kelsey Claar** on **05/25/2021**

We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.

✏️ Edit

 Private Reply    Email    Update

  

Details ›



**City Barbeque West Chester**

7706 Voice of America Centre Dr, West Chester, OH | website

Assignee: Kelsey Claar
Updated:  05/25/2021

 ⭐☆☆☆☆

**Josh M.**  |  ⧉ Copy  |  ▤ Brand FAQ  |  Yelp ⧉

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted** by **Kelsey Claar** on **05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> ✎ Edit

↩ Private Reply     ✉ Email     ✎ Update

Details ›



**City Barbeque Westerville** 600 South State Street, Westerville, OH | website ⧉

05/25/2021

Assignee: Kelsey Claar
Updated: 05/25/2021

⭐☆☆☆☆

**Josh M.** | ⧉ Copy | 📄 Brand FAQ | Yelp ⧉

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Reply Posted** by **Kelsey Claar** on **05/25/2021**

We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.

✎ Edit



 Private Reply    Email    Update

Details ›



# City Barbeque Whitestown

6082 Whitestown Pkwy., Whitestown, IN | website ↗

**05/25/2021**

Assignee: Kelsey Claar
Updated: 05/25/2021

⭐☆☆☆☆

**Josh M.** | 🗐 Copy | 🗐 Brand FAQ | Yelp ↗

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Reply Posted** by **Kelsey Claar** on **05/25/2021**

We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.

🖉 Edit

↩ Private Reply  ✉ Email  🖉 Update

Details ›



## Robert Bardwell

Local Guide · Level 7

**5,475 points** ›

5,000                                   15,000

| REVIEWS | PHOTOS |
|---------|--------|



147 reviews · 72 ratings

 **City Barbeque**
17818 Royalton Rd, Strongsville, OH 44136  ·

★★☆☆☆  a week ago

Among the chain bbq joints, the smoked meats are fine.
Unexplainably, they filed a trademark infringement
against Ohio City BBQ, which seems like a bully tactic
against the small business owners in Ohio City.



 Google

City Barbeque Strongsville  17818 Royalton Rd., Strongsville, OH | website ⬈    Case: 1:21-cv-01016-JG   Doc #: 7-12   Filed: 07/08/21   12 of 56.   PageID #: 154

05/22/2021

Assignee:  Kelsey Claar
Updated:   05/24/2021

⭐☆☆☆☆

**Robert Jerina**    |    📋 Copy    |    📄 Brand FAQ    |    **Google** ⬈

They inflate their prices through DoorDash to make extra money. Some things are $8 more through DoorDash than they are if you go there yourself. Ridiculous. Also another chain bullying the small people by trying to sue ==Ohio City BBQ== over their name. Don't support these clowns.

> **Reply Posted** by **Kelsey Claar** on **05/24/2021**
>
> Hi Robert, We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark.
> There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name—we want them to succeed.
>
> ✏️ Edit

✉️ Email     ✏️ Update

Details ›



## Tajinder Sandhu

4 contributions ›

**REVIEWS**          PHOTOS

4 reviews



**City Barbeque and Catering**
24325 Chagrin Blvd, Beachwood, OH 44122

★ ☆ ☆ ☆ ☆   11 hours ago

Worst place to get bbq. There a big corporation and they pick on the small guys. Shame on you guys. You guys should all work together.

👍 Like          ⌁ Share



05/26/2021

**City Barbeque Beachwood** 24325 Chagrin Blvd., Beachwood, OH | website ⧉



⭐☆☆☆☆

**Tammy J.** | 🗐 Copy | 📄 Brand FAQ | Yelp ⧉

A little dry for my taste. Greens need some work.other then that food is decent . Would have tried again until I seen the lawsuit that they have just started against a fellow competitor. A small one location business against a chain of locations. Ohio City BBQ and City BBQ are two complete different names, different locations, different style. No comparison and should be no confusion especially being that Ohio City BBQ is located in Ohio city hense the name. And the opposite side of town Memphis style bbq,minority ran and owned business. Really sad that instead of improving your food,image and service you attempt to take down a competitor that has higher ratings. There should not be any confusion with customers especially if they have tried both restaurants food.

 Public Reply   Private Reply   Email   Update

Details



# City Barbeque Arlington
2111 W Henderson Road, Columbus, OH | website ⧉

 ⭐☆☆☆☆

**Josh M.**    | ⧉ Copy    | 🗎 Brand FAQ    | Yelp ⧉

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted** by **Kelsey Claar** on **05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> [ ✎ Edit ]

  

[  Private Reply ]   [  Email ]   [ ✎ Update ]

[ Details › ]



**City Barbeque Avon** 9116 Rockville Rd., Indianapolis, IN | website ⤴

⭐☆☆☆☆

**Josh M.**  |  ⧉ Copy  |  📄 Brand FAQ  |  Yelp ⤴

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted** by **Kelsey Claar** on **05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> ✏ Edit

  

 Private Reply     Email     Update

Details ›



# yelp

**City Barbeque Ballantyne**  11212 Providence Rd W, Charlotte, NC | website 🔗

05/25/2021



**Josh M.**  ⭐ ☆☆☆☆    🗐 Copy   |   📄 Brand FAQ   |   Yelp 🔗

Assignee:  Kelsey Claar
Updated:  05/25/2021

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted** by **Kelsey Claar** on **05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> ✎ Edit

↩ Private Reply    ✉ Email    ✎ Update

Details ›



# City Barbeque Beachwood
24325 Chagrin Blvd., Beachwood, OH | website 

05/25/2021

Assignee:   Kelsey Claar
Updated:   05/25/2021

**Josh M.**   ⭐     ⎘ Copy   |   📄 Brand FAQ   |   Yelp 

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

---

**Reply Posted** by **Kelsey Claar** on **05/25/2021**

We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.

⎘ Edit

  

 Private Reply    Email    Update

Details ›



## City Barbeque Beavercreek
2330 N Fairfield Road, Beavercreek, OH | website 

Assignee:  Kelsey Claar
Updated:  05/25/2021



★☆☆☆☆

**Josh M.** | Copy | Brand FAQ | Yelp 

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted** by **Kelsey Claar** on **05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> Edit



 Private Reply    Email    Update

Details ›



**City Barbeque Blue Ash** 10375 Kenwood Rd., Blue Ash, OH | website ⧉

Assignee: Kelsey Claar
Updated: 05/25/2021

**Josh M.** ⭐ ☆ ☆ ☆ ☆ | ⧉ Copy | 📄 Brand FAQ | Yelp ⧉

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Reply Posted** by **Kelsey Claar** on **05/25/2021**

We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.

✎ Edit

  

 Private Reply    Email    Update

Details ›



**05/25/2021**

## City Barbeque Carmel
1356 South Rangeline Rd., Carmel, IN | website ⧉

Assignee: Kelsey Claar
Updated: 05/25/2021

 ⭐☆☆☆☆

**Josh M.**   | 📋 Copy   | 📄 Brand FAQ   | Yelp ⧉

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted by Kelsey Claar on 05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> ✏️ Edit

  

 Private Reply    ✉️ Email    Update

Details ›



**City Barbeque Cary** 1305 Kildaire Farm Rd., Cary, NC | website⧉

 ⭐︎☆☆☆☆

**Josh M.**   ⧉ Copy  |  📄 Brand FAQ  |  Yelp ⧉

05/25/2021

Assignee:  Kelsey Claar
Updated:  05/25/2021

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted** by **Kelsey Claar** on **05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> ✎ Edit

 ↩ Private Reply    ✉ Email    ✎ Update

Details ›



**City Barbeque Centerville** 5 E. Franklin Street, Centerville, OH | website 🗗

Assignee: Kelsey Claar
Updated: 05/25/2021

 ⭐☆☆☆☆
**Josh M.**    ⧉ Copy | 🗎 Brand FAQ | Yelp 🗗

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted** by **Kelsey Claar** on **05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> ✎ Edit

 Private Reply     Email     Update

Details ›



**City Barbeque Decatur** 2511 Blackmon Dr., Decatur, GA | website ⧉

05/25/2021

Assignee: Kelsey Claar
Updated: 05/25/2021

 ⭐☆☆☆☆

**Josh M.** | 🗐 Copy | 📄 Brand FAQ | Yelp ⧉

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted by Kelsey Claar on 05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> ✎ Edit

 Private Reply     Email    ✎ Update



Details ›



**City Barbeque Deerfield** 365 Lake Cook Rd., Deerfield, IL | website 

05/25/2021

Assignee:  Kelsey Claar
Updated:  05/25/2021

 ⭐️☆☆☆☆

**Josh M.** | 🗐 Copy | 📄 Brand FAQ | Yelp 

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Reply Posted** by **Kelsey Claar** on **05/25/2021**

We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.

✎ Edit

↩ Private Reply | ✉️ Email | ✎ Update

  

Details ›



**City Barbeque Downers Grove**

1034 Ogden Ave., Downers Grove, IL | website

Assignee:  Kelsey Claar
Updated:  05/25/2021

★☆☆☆☆

**Josh M.** | ⧉ Copy | 📄 Brand FAQ | Yelp ↗

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Reply Posted** by **Kelsey Claar** on **05/25/2021**

We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.

✎ Edit

↩ Private Reply     ✉ Email     ✎ Update

Details ›

✔ Reply Posted



**City Barbeque Durham**   208 West N Carolina 54, Durham, NC  |  website ⧉

05/25/2021

Assignee:   Kelsey Claar
Updated:   05/25/2021



**Josh M.**   |   ⧉ Copy   |   ▤ Brand FAQ   |   Yelp ⧉

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Reply Posted** by **Kelsey Claar** on **05/25/2021**

We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.

[ ✎ Edit ]

[ ↩ Private Reply ]   [ ✉ Email ]   [ ✎ Update ]

Details ›



**City Barbeque**

$$ · Barbeque

878 Eastgate North Dr

Cincinnati, OH 45245

 5/25/2021

I never post or use social media.  But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City".  Now that's just disgusting.  I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD.  SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Was this review …?**

 **Useful**    **Funny**    **Cool**

  



**City Barbeque Fairlawn**  2870 W. Market St., Fairlawn, OH  |  website 🔗

05/25/2021

Assignee:  Kelsey Claar
Updated:  05/25/2021

**Josh M.**  ⭐☆☆☆☆  |  ⎘ Copy  |  📄 Brand FAQ  |  Yelp 🔗

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Reply Posted** by **Kelsey Claar** on **05/25/2021**

We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.

✏️ Edit

 ↩ Private Reply    ✉ Email    ✏️ Update

Details ›



City Barbeque Findlay 15033 Flag City Dr, Findlay, OH | website ⧉

★☆☆☆☆

**Josh M.** | ⧉ Copy | 📄 Brand FAQ | Yelp ⧉

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted by Kelsey Claar on 05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> ✏ Edit

 ↩ Private Reply    ✉ Email    ✏ Update



Details ›



City Barbeque Fishers 9367 Ambleside Drive, Fishers, IN | website ⧉

05/25/2021

Assignee:  Kelsey Claar
Updated:  05/25/2021

★☆☆☆☆

**Josh M.** | 🗍 Copy | 📄 Brand FAQ | Yelp ⧉

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted** by **Kelsey Claar** on **05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> ✎ Edit

 Private Reply    Email    Update

Details ›



**City Barbeque Florence**   8026 Burlington Pike, Florence, KY | website 🔗

Assignee: Kelsey Claar
Updated: 05/25/2021



★☆☆☆☆

**Josh M.**   |   🗐 Copy   |   📄 Brand FAQ   |   Yelp 🔗

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Reply Posted** by **Kelsey Claar** on **05/25/2021**

We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.

🖉 Edit

 Private Reply      Email      Update

Details ›



**City Barbeque Gahanna**  108 S. Stygler Rd., Gahanna, OH | website ⧉

 ⭐☆☆☆☆

**Josh M.**   | 🗐 Copy   | 📄 Brand FAQ   | Yelp ⧉

Assignee: Kelsey Claar
Updated:  05/25/2021

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted by Kelsey Claar on 05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> 🖊 Edit

 Private Reply     Email     Update

Details ›



**City Barbeque Garner** 110 Cabela Drive, Garner, NC | website ⧉

05/25/2021

Assignee:  Kelsey Claar
Updated:  05/25/2021



⭐☆☆☆☆

**Josh M.**  |  📋 Copy  |  📄 Brand FAQ  |  Yelp ⧉

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Reply Posted** by **Kelsey Claar** on **05/25/2021**

We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.

✏ Edit

 ↩ Private Reply     ✉ Email     ✏ Update

  

Details ›



**City Barbecue**

Barbeque

2647 Lawndale Dr

Greensboro, NC 27408

 5/25/2021

I never post or use social media.  But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City".  Now that's just disgusting.  I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD.  SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

Was this review …?

  Useful    Funny    Cool

 



**City Barbeque Greenwood**  7863 US 31 South, Indianapolis, IN | website 

Assignee:  Kelsey Claar
Updated:  05/25/2021



**Josh M.**   | 🗎 Copy   |   📄 Brand FAQ   |   Yelp 

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Reply Posted** by **Kelsey Claar** on **05/25/2021**

We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.

✎ Edit

 Private Reply     Email     Update

Details ›



05/25/2021

## City Barbeque Grove City
2261 Stringtown Rd., Grove City, OH | website ↗

Assignee: Kelsey Claar
Updated:  05/25/2021



⭐☆☆☆☆

**Josh M.** | 🗐 Copy | 📄 Brand FAQ | Yelp ↗

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBEQUE BEACHWOOD. SHAME ON CITY BARBEQUE AND It's OWNER RICK MALIR

> **Reply Posted by Kelsey Claar on 05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> ✎ Edit

 Private Reply     Email     Update

Details ›



## City Barbeque Harrodsburg Rd

2187 Harrodsburg Road, Lexington, KY | website 🔗

Assignee: Kelsey Claar
Updated: 05/25/2021

**Josh M.**   ⭐☆☆☆☆   🗐 Copy   |   📄 Brand FAQ   |   Yelp 🔗

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Reply Posted** by **Kelsey Claar** on **05/25/2021**

We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.

🖉 Edit

 



 Private Reply    Email   🖉 Update

Details ›



**City Barbeque Highland Heights**   2760 Alexandria Pike, Highland Heights, KY | website ⬈

05/25/2021

Assignee:  Kelsey Claar
Updated:   05/25/2021

⭐☆☆☆☆

**Josh M.**   | ⎘ Copy | 📄 Brand FAQ | Yelp ⬈

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted** by **Kelsey Claar** on **05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> ✎ Edit

↩ Private Reply     ✉ Email     ✎ Update

Details ›



### City Barbeque Huntersville

15425 Hodges Cir., Huntersville, NC | website 🗗

Assignee: Kelsey Claar
Updated: 05/25/2021

**Josh M.** ⭐

📋 Copy | 📄 Brand FAQ | Yelp 🗗

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

---

**Reply Posted by Kelsey Claar on 05/25/2021**

We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.

✎ Edit

---

 Private Reply    Email    Update



Details ›



05/25/2021

# City Barbeque IUPUI
621 West 11th Street, Indianapolis, IN | website ⧉

Assignee: Kelsey Claar
Updated: 05/25/2021

★☆☆☆☆

**Josh M.** | ⎘ Copy | 🗋 Brand FAQ | Yelp ⧉

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Reply Posted** by **Kelsey Claar** on **05/25/2021**

We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.

✎ Edit

↩ Private Reply | ✉ Email | ✎ Update

Details ›



## City Barbeque Johns Creek
4210 Johns Creek Parkway, Suwanee, GA | website 🔗

Assignee:  Kelsey Claar
Updated:   05/25/2021



⭐☆☆☆☆

**Josh M.**   |   🗐 Copy   |   📄 Brand FAQ   |   Yelp 🔗

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Reply Posted** by **Kelsey Claar** on **05/25/2021**

We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.

✎ Edit

 Private Reply     ✉ Email     ✎ Update

 


Details ›



05/25/2021

**City Barbeque Kentwood**  3050 28th St SE, Kentwood, MI | website ⧉

Assignee: Kelsey Claar
Updated:  05/25/2021

 ⭐☆☆☆☆

**Josh M.**  |  ⧉ Copy  |  📄 Brand FAQ  |  Yelp ⧉

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted** by **Kelsey Claar** on **05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> 🖉 Edit

↩ Private Reply    ✉ Email    🖉 Update

Details ›



05/25/2021

# City Barbeque Louisville
9429 Viking Center Dr., Louisville, KY | website ☍

Assignee: Kelsey Claar
Updated: 05/25/2021



⭐☆☆☆☆

**Josh M.** | 🗐 Copy | 📄 Brand FAQ | Yelp ☍

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued <mark>OHIO CITY BBQ</mark> restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted** by **Kelsey Claar** on **05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> 🖉 Edit

 Private Reply    Email   ✎ Update

Details ›



**City Barbeque**

Barbeque, American (Traditional), Sandwiches

7015 Sligo Dr
Madison, WI 53717

 5/25/2021

I never post or use social media.  But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City".  Now that's just disgusting.  I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD.  SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

Was this review …?

 Useful      Funny      Cool

 



# City Barbeque Matthews
1514 Galleria Blvd., Charlotte, NC | website ⧉



**Josh M.**    ⧉ Copy    |    📄 Brand FAQ    |    Yelp ⧉

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted** by **Kelsey Claar** on **05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> ✎ Edit

 Private Reply     Email     Update

Details ›



## City Barbeque Miller Lane
6549 Miller Ln., Dayton, OH



★☆☆☆☆

**Josh M.**   |   ⧉ Copy   |   ⧉ Brand FAQ   |   Yelp ⧉

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted by Kelsey Claar on 05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> ✎ Edit

 Private Reply     Email     Update

Details ›



**City Barbeque Newark**   1195 West Church Street, Newark, OH  |  website 🔗

**05/25/2021**

Assignee:   Kelsey Claar
Updated:   05/25/2021

**Josh M.**   ⭐  | 📋 Copy  |  📄 Brand FAQ  |  Yelp 🔗

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued <mark>OHIO CITY BBQ</mark> restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted** by **Kelsey Claar** on **05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> ✎ Edit

↩ Private Reply    ✉ Email    ✎ Update

Details ›



**Ohio City BBQ**

$$ · Barbeque

3829 Lorain Ave

Cleveland, OH 44113

 5/25/2021

This place has the Best Barbecue in THE LAND. I never post or use social media.  But the fact that some Rich Elite (CITY BARBECUE) sued this restaurant for using the name "Ohio City".  Now that's just disgusting.  I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD.  SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Was this review …?**

 **Useful**     **Funny**     **Cool**

  



**City Barbeque Orland Park**  14301 S. LaGrange Rd., Orland Park, IL | website 

**Josh M.**  ⧉ Copy  |  📄 Brand FAQ  |  Yelp 

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Reply Posted** by **Kelsey Claar** on **05/25/2021**

We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.

✎ Edit

↩ Private Reply  ✉ Email  ✎ Update

Details ›

 yelp

**City Barbeque Park Ridge** 123 N. Northwest Highway, Park Ridge, IL | website ⧉

⭐☆☆☆☆

**Josh M.**   | 🗐 Copy  |  🗐 Brand FAQ  |  Yelp ⧉

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued <mark>OHIO CITY BBQ</mark> restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Reply Posted** by **Kelsey Claar** on **05/25/2021**

We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.

✏ Edit

↩ Private Reply    ✉ Email    ✏ Update

Details ›



## City Barbeque Polaris
1501 Gemini Place, Columbus, OH | website



★☆☆☆☆

**Josh M.** | 🗐 Copy | 📄 Brand FAQ | Yelp ↗

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted by Kelsey Claar on 05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> ✎ Edit



 Private Reply    Email    Update

Details ›



## City Barbeque Powell

3758 W. Powell Road, Powell, OH | website ⧉

05/25/2021

Assignee: Kelsey Claar
Updated: 05/25/2021

**Josh M.**   ⭐☆☆☆☆   | ⧉ Copy | 📄 Brand FAQ | Yelp ⧉

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued ==OHIO CITY BBQ== restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted** by **Kelsey Claar** on **05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> ✎ Edit

↩ Private Reply    ✉ Email    ✎ Update

Details ›



**City Barbeque**

$$ · Barbeque, Caterers, American (Traditional)

9424 Falls Of Neuse Rd

Raleigh, NC 27615

 5/25/2021

I never post or use social media.  But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City".  Now that's just disgusting.  I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD.  SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Was this review …?**

 **Useful**     **Funny**     **Cool**      



**City Barbeque**

$$ · Barbeque

5979 E Main St

Reynoldsburg, OH 43213

     5/25/2021

I never post or use social media.  But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City".  Now that's just disgusting.  I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD.  SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

**Was this review …?**

 Useful        Funny       Cool

  



# City Barbeque Richmond Rd

3292 Richmond Rd., Lexington, KY | website

05/25/2021

Assignee: Kelsey Claar
Updated: 05/25/2021

 ⭐

**Josh M.**  |  📄 Copy  |  📄 Brand FAQ  |  Yelp ⧉

I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued OHIO CITY BBQ restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

> **Reply Posted** by **Kelsey Claar** on **05/25/2021**
>
> We respect small business owners, especially barbeque joints: after all, our founder started City Barbeque in his driveway and garage. However, we have spent the past 21 years building our company's name and reputation, so it is imperative to protect our trademark. There is confusion in the marketplace between our two companies and it would be beneficial for both of us to have a clearer distinction in names. We have offered to assist Ohio City BBQ financially in modifying their name —we want them to succeed.
>
> ✏️ Edit

 Private Reply     Email     Update




Details ›