**EXHIBIT N**

 yelp.com/biz/ohio-city-bbq-cleveland-2?sort_by=date_desc

**Josh M.**
Detroit, MI


 5/25/2021

This place has the Best Barbecue in THE LAND. I never post or use social media. But the fact that some Rich Elite (CITY BARBECUE) sued this restaurant for using the name "Ohio City". Now that's just disgusting. I read up reviews of City Barbecue and noted that one person got a Snail in their collard Greens at CITY BARBECUE BEACHWOOD. SHAME ON CITY BARBECUE AND It's OWNER RICK MALIR

  

 **Nav S.**
Business Manager

5/26/2021

Mr. Josh,
We understand your concern, our team is under much pressure but for us to hate and pour more negativity on the situation at hand will not resolve anything.

Please relax, we have been flooded with calls, emails and texts but as Ohio City BBQ management - we ask to keep the peace.
All of us BBQ entrepreneurs love our craft and there is more than enough BBQ lover's out there so please let's all get along and especially during this time, we gotta unite and work together.

#supportClevleand #supportSmallBusiness
#supportLocal

Read less