## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| CITY BARBEQUE, LLC, | |
| Plaintiff, | |
| v. | Case No. 1:21-cv-01016 |
| OHIO CITY BBQ, INC.; NAVDIP SINGH; TARNJIT SINGH; CHRIS ABATSAS; TAMMY JACOBS; JOHN DOE (YELP USER "JOSH M."), | |
| Defendants. | |

## **TENDER OF PROOF OF SERVICE**

Plaintiff, City Barbeque, LLC ("City Barbeque"), by counsel, tenders herewith its proof of service on Defendant Ohio City BBQ, Inc. (attached as Exhibit 1), which has been served by process server with a copy of the Summons and Amended Complaint on July 13, 2021.

Respectfully submitted,

/s/ Roger A. Gilcrest
Roger A. Gilcrest (Ohio Atty. No. 0019663)
ICE MILLER LLP
250 West Street, Suite 700
Columbus, Ohio 43215-7509
(614) 462-1055
Roger.Gilcrest@icemiller.com

Holiday W. Banta (IN Atty. No. 17852-49)
Jessa DeGroote (IN Atty. No. 35847-49)
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
(317) 236-2100
H.Banta@icemiller.com
Jessa.DeGroote@icemiller.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

I further certify that on July 15, 2021, a copy of the foregoing was deposited in the U.S. mail, first-class postage prepaid, addressed to:

> Ohio City BBQ, Inc.
> c/o Navdip Singh
> 3829 Lorain Avenue
> Cleveland, OH 44133
>
> Navdip Singh
> 2136 Tucks Trak
> Cleveland, OH  44102
>
> Tarnjit Singh
> 5073 Burrell Drive
> Sheffield Village, OH  44054
>
> Chris Abatsas
> 3930 Colorado Avenue
> Avon, OH  44011
>
> Tammy Jacobs
> 14207 Parkdale Avenue
> Cleveland, OH  44111

/s/ Roger A. Gilcrest

2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-01016

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ohio City BBQ Inc c/o Navdip Singh, was received by me on *(date)* Jul 12, 2021, 1:46 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Manager, Name Refused , who is designated by law to accept service of process on behalf of *(name of organization)* Ohio City BBQ Inc c/o Navdip Singh. on *(date)* Tue, Jul 13 2021 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 7/14/21

_____
*Server's signature*

Aaron Capas, Process Server

_____
*Printed name and title*   5593304

5335 N Tacoma Ave Ste 5, Indianapolis, IN 46220
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 13, 2021, 11:15 am EDT at 3829 Lorain Rd, Cleveland , OH 44133 received by Manager, Name Refused. Age: 25-30; Ethnicity: Caucasian; Gender: Male; Weight: 155; Height: 5'5"; Hair: Brown;
Spoke with Manager, name refused. He said Navdip Singh would be in later today.

**EXHIBIT 1**