UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

CITY BARBEQUE, LLC,

    Plaintiff,

  v.

OHIO CITY BBQ, INC.; NAVDIP SINGH;
TARNJIT SINGH; CHRIS ABATSAS;
TAMMY JACOBS; JOHN DOE (YELP
USER "JOSH M."),

    Defendants.

Case No. 1:21-cv-01016

JUDGE JAMES S. GWIN

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiff, City Barbeque, LLC ("City Barbeque"), by counsel, and pursuant to Fed. R. Civ. P. 55(a), respectfully requests the Clerk of Court to enter a default against Defendant Ohio City BBQ, Inc. ("Ohio City").

On July 8, 2021, the Clerk of Court issued a summons, with instructions to Ohio City to serve on City Barbeque an answer or motion under Fed. R. Civ. P. 12 within 21 days. (ECF No. 11). The undersigned caused the summons, along with copies of City Barbeque's Amended Complaint, to be served via personal service by process server on Ohio City. Ohio City was served with the summons and copies of the Amended Complaint on July 13, 2021. The undersigned filed a Tender of Proof of Service on July 15, 2021. (ECF No. 17).

Pursuant to Fed. R. Civ. P. 12(a), Ohio City was required to respond to City Barbeque's Amended Complaint on or before August 3, 2021 but has failed to do so. Nor has Ohio City requested additional time within which to respond. As of August 4, 2021, neither the undersigned nor any co-counsel of record has received any pleading or response to the Amended Complaint by Ohio City, or any communication from any Defendant otherwise purporting to respond on Ohio

2

City's behalf. Accordingly, City Barbeque requests that default be entered against Ohio City in this action.

          Respectfully submitted,

          */s/ Roger A. Gilcrest*
          Roger A. Gilcrest (Ohio Atty. No. 0019663)
          ICE MILLER LLP
          250 West Street, Suite 700
          Columbus, Ohio 43215-7509
          (614) 462-1055
          Roger.Gilcrest@icemiller.com

          Holiday W. Banta, *pro hac vice*
          Jessa DeGroote, *pro hac vice*
          ICE MILLER LLP
          One American Square, Suite 2900
          Indianapolis, IN 46282
          (317) 236-2100
          H.Banta@icemiller.com
          Jessa.DeGroote@icemiller.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

I further certify that on August 4, 2021, a copy of the foregoing was deposited in the U.S. mail, first-class postage prepaid, addressed to:

>Ohio City BBQ, Inc.
>c/o Navdip Singh
>3829 Lorain Avenue
>Cleveland, OH 44133
>
>Navdip Singh
>2136 Tucks Trak
>Cleveland, OH  44102
>
>Tarnjit Singh
>5073 Burrell Drive
>Sheffield Village, OH  44054
>
>Chris Abatsas
>3930 Colorado Avenue
>Avon, OH  44011
>
>Tammy Jacobs
>14207 Parkdale Avenue
>Cleveland, OH  44111

>>*/s/ Roger A. Gilcrest*
>>Roger A. Gilcrest (0019663)
>>*Attorney for Plaintiff City Barbeque, LLC*