FILED
SEP 10 2021
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CITY BARBEQUE LLC | Case Number: 1:21-cv-01016 |
| Plaintiff, | **ANSWER** |
| vs. | |
| OHIO CITY BBQ, INC.; NAVDIP SINGH; | |
| CHRIS ABATSAS | |
| Defendant | |

**NOW COMES** the Defendants Chris Abatsas and Navdip Singh **PRO SE** in answering the allegations of Plaintiff's Complaint denies and alleges as follows:

## *RESPONSE*

Defendants denies the allegations set forth in paragraphs 1 through 6 of plaintiff's complaint.

Defendants do not dispute the facts set forth in paragraphs 7 and 8 of plaintiff's complaint.

Defendants do not dispute the facts set forth in paragraphs 9, 10 and 11 of plaintiff's complaint.

Defendants denies allegations set forth in paragraphs 12 and 13 of plaintiff's complaint.

Defendants does not dispute the facts set forth in paragraphs 14 and 15 of plaintiff's complaint.

Defendants lacks sufficient information to either affirm or deny the allegations set forth in paragraphs 16, 17, 18, 19, 20, 21, 22, and 23 of plaintiffs complaint. To the extent that defendant does posses sufficient information, defendants denies those allegations.

Defendants denies allegations set forth in paragraph 24 and 25 of plaintiffs complaint.

Defendant lacks sufficient information to affirm or deny statements made in paragraphs 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, and 49 of plaintiffs complaint.

Defendant affirms allegations made in paragraph 50 of plaintiffs complaint.

Defendants in order to not be repetitive in our answers state that there is no trademark infringement therefore paragraphs 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67 , 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79 and 80 are all Moot.

Defendants denies the allegations set forth in paragraphs 81 (eighty one) through paragraphs 228 (two hundred twenty eight) of plaintiffs complaint.

Plaintiffs have unlimited financial resources and have purposely filed a large amount of allegations and statements knowing the cost of counsel would be extreme to be represented in federal court. After many attempts to seek counsel has failed due to the fact it would put Ohio City BBQ out of business. This is a classic David versus Goliath. We ask that this Honorable Court allow us to have a chance to defend ourselves and allow us some leeway

due to the fact that we are not practicing attorneys. We feel that the harassment we have dealt with by City Barbeque could warrant us a counter suit for mental stress caused by these actions. We do not seek any financial gain due to these actions:

WHEREFORE, Defendants requests that this court deny plaintiffs claims, enter judgement in favor of defendants, dismiss this suit with prejudice and award defendants its fees and costs, Reasonably incurred in connection with this matter. City Barbeque states that the trademark name is nationally registered we have enclosed ***Exhibit A*** and ***Exhibit B*** a list of just a few locations with name City BBQ why come after us and not these other establishments.

Respectfully Submitted this 10th Day of September 2021

_____
Chris Abatsas
Defendant

_____
Navdip Singh
Defendant

# **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this Document

On 10th Day of September 2021 by United States Postal Service

Postage Prepaid To the Plaintiffs attorney at

250 West Street Suite 700, Columbus, Ohio43215-7509

_____