UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| CITY BARBEQUE, LLC, | : | CASE NO. 1:21-cv-01016 |
| | : | |
| Plaintiff, | : | OPINION & ORDER |
| | : | [Resolving Doc. 38] |
| v. | : | |
| | : | |
| OHIO CITY BBQ, INC. et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff City Barbeque sues Ohio City Barbeque, four Ohio City Barbeque employees, and one online reviewer (collectively, "Defendants") for trademark infringement, unfair competition, defamation, and conspiracy to commit defamation.[1]

Plaintiff now petitions this Court to request that *pro se* Defendants Chris Abatsas and Navdip Singh provide their contact information and register to use the Case Management/Electronic Case Files ("CM/ECF") system.

Individual defendants Navdip Singh and Chris Abatsas filed a signed joint answer but did not include additional contact information.[2] Under Rule 11(a) every pleading must include the signer's address, email address, and telephone number.[3]

This Court therefore **DIRECTS** Defendants Singh and Abatsas to send the Court their contact information including mailing addresses, email addresses, and telephone numbers.

---

[1] Doc. 7. Individual defendants include Navdip Singh, Tarnjit Singh, Chris Abatsas, Tammy Jacobs, and John Doe (Yelp User "Josh M.").
[2] Doc. 31 at 3.
[3] Fed. R. Civ. P. 11(a). *See also* Local Rule 10.1 (requiring signatures on all documents submitted by pro se litigants to include a name, address, daytime telephone number, facsimile number and e-mail address).

Case No. 1:21-cv-01016
GWIN, J.

This Court further **DIRECTS** Defendants Singh and Abatsas to contact the Clerk's Office of the United States District Court for the Northern District of Ohio to register to receive electronic filings through CM/ECF. If Defendants are unable to register through CM/ECF they must provide notice to the Court.

IT IS SO ORDERED.

Dated: November 16, 2021                    *s/    James S. Gwin*
                                            JAMES S. GWIN
                                            UNITED STATES DISTRICT JUDGE